UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA L. WILLIAMS,<br>Individually and as Administrator<br>of the Estate of Teresa J. Malcott,<br><br>      *Plaintiff*,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      *Defendant*. | Civil Action No.:<br>5:23-cv-00873 (BKS/ML) |

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and pursuant to the Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, by and between the undersigned attorneys of record for the parties to this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action be, and same hereby is, dismissed and discontinued, with prejudice, without costs to any party.

Dated:  April __23_, 2025    **FOR PLAINTIFF ERICA L. WILLIAMS**

*Mary E. Langan*

Mary E. Langan
Bar Roll No. 518971
PORTER LAW GROUP
100 Madison Street, 15th Floor
Syracuse, New York 13202

Dated: April 23, 2025         FOR DEFENDANT UNITED STATES OF AMERICA

JOHN A. SARCONE III
United States Attorney

By: *Forrest T. Young*
Forrest T. Young
Assistant United States Attorney
Bar Roll No. 704776
100 South Clinton Street
Syracuse, New York 13261

**IT IS SO ORDERED:**

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Court Judge

Dated: April 25, 2025
       Syracuse, New York